UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:14-CR-85 |
| v. ) | (VARLAN/SHIRLEY) |
| ) | |
| ROGER MOSER. ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the Court pursuant to 28 U.S.C. § 636 on Defendant's Motion to Withdraw of Motion to Suppress, [Doc. 192], filed on September 18, 2014. Defendant filed a Motion to Suppress, [Doc. 143], on August 25, 2014. The Government, through Caryn L. Hebets, United States Attorney for the Eastern District of Tennessee, responded on September 18, 2014. [Doc. 191]. A hearing was set before the undersigned on September 22, 2014 at 1:30 p.m. to address Defendant's Motion to Suppress.

Defendant's Motion to Withdraw of Motion to Suppress, **[Doc. 192]**, is hereby **GRANTED**. Defendant's Motion to Suppress, [Doc. 143], is withdrawn and the hearing to address this motion set for **September 22, 2014** at **1:30 p.m.** is hereby **CANCELLED.**

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge